IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

FRED KRATT, et al.,
    Plaintiffs,

vs.                                               Case No. 3:08cv464/RV/EMT

JEFFREY BURNS, et al.,
    Defendants.
_____/

## ORDER

This cause is before the court upon Defendant Regions Bank's "Motion to Dismiss for Lack of Jurisdiction" and supporting memorandum (Docs. 16, 17). Before the court rules on this matter, Plaintiffs shall be required to respond to Defendant's motion.

Accordingly, it is **ORDERED**:

1. Plaintiffs shall respond to Defendant Regions Bank's motion to dismiss (Doc. 16) within **TWENTY (20) DAYS** from the date of docketing of this order.

2. Failure to comply with this order may result in a recommendation that Defendant Regions Bank's motion be granted and that final judgment be entered in favor of Regions Bank or all Defendants. *See* N.D. Fla. R. 7.1(C)(1).

**DONE AND ORDERED** this 12th day of November 2008.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**