FLN (Rev. 4/2004) Deficiency Order                                                                                                   Page 1 of 1

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA  DIVISION

FRED KRATT, et al.

     vs                                                                    Case No. 3:08cv464/RV/EMT

JEFFREY BURNS, et al.

_____

## ORDER

PLAINTIFF Peggy Kratt's **"Letter to the Clerk of the Court,"** received by the clerk of the court on December 9, 2008, was referred to the undersigned with the following deficiency:

> The document does not have a certificate of service as required by Rule 5(d)(1) of the Federal Rules of Civil Procedure and Rule 5.1(D) of the Local Rules of the Northern District of Florida, certifying that a copy of the document has been served upon all other parties and specifying the date and method of such service.

For this reason, it is **ORDERED** that:

> The clerk shall file the document, but <u>no further pleadings will be accepted unless they comply with the Federal Rules of Civil Procedure and the Local Rules of the Northern District of Florida</u>.  Additionally, the clerk shall modify the docket to reflect Plaintiff Peggy Kratt's new address: 39 Bay Circle Drive, Santa Rosa Beach, FL 32549.

**DONE AND ORDERED** this <u>11</u>th day of December 2008.

                                      /s/ *Elizabeth M. Timothy*
                                      **ELIZABETH M. TIMOTHY**
                                      **UNITED STATES MAGISTRATE JUDGE**