IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

FRED KRATT, et al.,
    Plaintiffs,

vs.                                            Case No. 3:08cv464/RV/EMT

JEFFREY BURNS, et al.,
    Defendants.
_____/

## ORDER

This cause is before the court upon Defendant Regions Bank's "Motion to Dismiss Amended Complaint" (Doc. 29) and memorandum in support (Doc. 30) and "Defendants Jeffrey Burns, Donald Rutland, Judith Rutland, The Rutland Company, and Rutland Resort Properties' Motion to Dismiss Plaintiff's [sic] Amended Complaint with Incorporated Memorandum of Law" (Doc. 31). Before the court rules on these matters, Plaintiffs shall be required to respond to Defendants' motions.

Accordingly, it is **ORDERED**:

1. Plaintiffs shall respond to Defendants' motions to dismiss (Doc. 29, 31) within **TWENTY (20) DAYS** of the date of docketing of this order.

2. Failure to comply with this order may result in a recommendation that Defendants' motions be granted and that final judgment be entered in favor of all Defendants. *See* N.D. Fla. R. 7.1(C)(1).

**DONE AND ORDERED** this 16th day of December 2008.

                                            /s/ *Elizabeth M. Timothy*
                                            **ELIZABETH M. TIMOTHY**
                                            **UNITED STATES MAGISTRATE JUDGE**